JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BECKMANN, et al., | Case No.: CV 11-10227 DSF (JCGx) |
| Plaintiffs, | |
| vs. | JUDGMENT |
| JP MORGAN CHASE, | |
| Defendant. | |

The Court having granted Defendant's motion for summary judgment,

IT IS NOW ORDERED AND ADJUDGED that Plaintiffs take nothing, that their claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 8/2/12

Dale S. Fischer
United States District Judge